| | |
|---|---|
| STATE OF RHODE ISLAND | SECOND DIVISION |
| NEWPORT SC | DISTRICT COURT |

AMICA MUTUAL INSURANCE COMPANY )
    Plaintiff,                                  )
                                           )
    v.                                   )    C.A. No.  2CA-2018-00498
                                           )
TYLER HAMES, alias                    )
PV HOLDING CORP., alias             )
    Defendants.                          )

## NOTICE OF FILING OF REMOVAL

Please take notice that Defendant Tyler Hames has this date filed a Notice of Removal, copies of which are attached hereto, in the Office of the Clerk of the United States District Court for the District of Rhode Island in Providence, Rhode Island.  The grounds for removal are 28 U.S.C. § 2679(d)(2) and 28 U.S.C. § 1442, in that the action is against an employee of the United States.

Upon the filing of said Notice of Removal in the United States District Court, said removal has been effectuated in accordance with 28 U.S.C. § 2679(d)(2).

                                               Respectfully submitted,

                                               TYLER HAMES
                                               By His Attorneys,

                                               STEPHEN G. DAMBRUCH
                                               United States Attorney

                                               /s/ Zachary A. Cunha
                                             ZACHARY A. CUNHA
                                             Assistant U.S. Attorney
                                             U.S. Attorney's Office
                                             50 Kennedy Plaza, 8th Floor
                                             Providence, RI 02903
                                             Tel.: (401)709-5000
                                             Fax: (401)709-5017
                                             Email: zachary.cunha@usdoj.gov

Dated:  May 7, 2018

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 7th day of May, 2018, I caused a copy of the within Notice of Filing of Removal to be forwarded, via certified mail, return receipt requested, to:

Lynda L. Laing
One Davol Square, Suite 305
Providence, RI 02903
*Counsel for Plaintiff*

                                      /s/ Zachary A. Cunha
                                      ZACHARY A. CUNHA
                                      Assistant U.S. Attorney