# Exhibit A

Case Number: 2CA-2018-00498
Filed in 2nd Division District Court
Submitted: 4/16/2018 9:37:36 AM
Envelope: 1498378
Reviewer: Lyn Lombardi

| | |
|---|---|
| STATE OF RHODE ISLAND<br>NEWPORT, S.C. | SECOND DIVISION<br>DISTRICT COURT |

AMICA MUTUAL INSURANCE COMPANY

VS.                                                                 C.A. NO.:

TYLER HAMES, alias
PV HOLDING CORP., alias

## COMPLAINT

1. Plaintiff is an insurance company qualified to do business in the State of Rhode Island.

2. Defendant, Tyler Hames, alias, is a resident of Seattle, Washington and defendant, PV Holding Corp., alias, is a Delaware corporation with its principal office in Parsippany, New Jersey.

3. Defendant, PV Holding Corp., is the registered owner of the motor vehicle.

4. On or about April 27, 2017, defendant, Tyler Hames, negligently operated a vehicle owned by PV Holding Corp., along and upon Admiral Kalbfus Road in Newport, RI, a public highway.

5. As a result of the negligence of the defendants, the motor vehicle ran into, against, and upon the vehicle owned by Mark Cleary which at the time aforesaid was being operated by Jennifer Cleary, who was then and there and at all times in the exercise of due care.

6. Mark Cleary was an insured of the plaintiff at the time of the accident.

7. As a result of the foregoing accident, the insured's motor vehicle became greatly damaged; there was forced to be expended large sums of money in the repair of the same; the insured was deprived of the use thereof; the same became greatly depreciated in value; and the insured was otherwise injured and damnified.

8. The plaintiff paid Mark Cleary $6,481.51 for property damage and rental and has become subrogated to its insured rights.

WHEREFORE, plaintiff demands judgment from the defendants, jointly and severally, in the sum of $6,481.51 plus interest and costs.

1

CSI.DOC
95101

Case Number: 2CA-2018-00498
Filed in 2nd Division District Court
Submitted: 4/16/2018 9:37:36 AM
Envelope: 1498378
Reviewer: Lyn Lombardi

By Plaintiff's attorneys,
STRAUSS, FACTOR, LAING & LYONS

/s/ Lynda Laing

Lynda L. Laing         #3082
One Davol Square, Suite 305
Providence, RI 02903
(401) 456-0700

Date: March 27, 2018

2

CSI.DOC
95101